IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00542-WJM-KLM

STATE FARM MUTUAL AUTO INSURANCE COMPANY,

    Plaintiff,

v.

MICHAEL LOWTHER,
JESTUS C. WADE, and
ENERGY SERVICES, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Leave to Attend Scheduling Conference Telephonically** [Docket No. 31; Filed July 13, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for Defendants may attend the Scheduling Conference set for July 17, 2012, at 10:30 a.m. by telephone. Counsel must call Chambers on a single line at (303) 335-2770 at the designated time in order to participate.

    Dated: July 13, 2012